# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TENBRINK, JOHN R. | § | Case No. 13-15615 |
| TENBRINK, BRADY B. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-15615   CAD   Judge: Carol A. Doyle | | Trustee Name: | Frances Gecker |
| Case Name: | TENBRINK, JOHN R. | | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | TENBRINK, BRADY B. | | 341(a) Meeting Date: | 06/07/13 |
| For Period Ending: | 08/15/14 | | Claims Bar Date: | 02/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM LOCATED AT 4309 N. KENMORE AVE. UNIT 1   Debtor Claimed Exemption | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH CHASE BANK, ACCOUNT NUMBER *   Debtor Claimed Exemption | 562.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH CHASE, ACCOUNT NUMBER ****954 | 0.00 | 0.00 | | 0.00 | FA |
| 4. MONEY MARKET ACCOUNT WITH CHASE, ACCOUNT NUMBER **   Debtor Claimed Exemption | 36.44 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT WITH CHASE, ACCOUNT NUMBER ****03   Debtor Claimed Exemption | 37.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT WITH FIFTH THIRD BANK, ACCOUNT NU   Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS ACCOUNT WITH CHICAGO APARTMENT PLACE, $921 | 0.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS INCLUDING TV, LIVING ROOM AND BEDR   Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. VARIOUS BOOKS, FAMILY PICTURES, DVDS AND COMPACT D   Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-15615 | CAD | Judge: Carol A. Doyle | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | TENBRINK, JOHN R. | | | | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | TENBRINK, BRADY B. | | | | 341(a) Meeting Date: | 06/07/13 |
| | | | | | Claims Bar Date: | 02/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. NECESSARY CLOTHING <br> Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RINGS, VARIOUS COSTUME JEWELRY. <br> Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. CAMERA, SURFBOARD, CAMPING GEAR. <br> Debtor Claimed Exemption | 575.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE INSURANCE WITH AMERICAN GENERAL - NO CAS | 0.00 | 0.00 | | 0.00 | FA |
| 14. TERM LIFE INSURANCE WITH AMERICAN GENERAL - NO CAS | 0.00 | 0.00 | | 0.00 | FA |
| 15. FUND WITH COLLEGE CHOICE ADVISOR <br> Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 16. IRA WITH OPPENHEIMER FUNDS RETIREMENT <br> Debtor Claimed Exemption | 28,725.47 | 0.00 | | 0.00 | FA |
| 17. DEBTORS ARE THE SOLE SHAREHOLDERS OF FAMILY GROUND | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2002 FORD ESCAPE WITH 130,000 MILES <br> Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 13-15615 | CAD | Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| Case Name: | TENBRINK, JOHN R. | | | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | TENBRINK, BRADY B. | | | 341(a) Meeting Date: | 06/07/13 |
| | | | | Claims Bar Date: | 02/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. PLEASE SEE ATTACHED DOCUMENT TO SCHEDULE B. | 19,616.50 | 0.00 | | 4,400.00 | FA |

TOTALS (Excluding Unknown Values)   $380,377.41   $0.00   $4,400.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE WILL REVIEW CLAIMS IN PREPARATION OF A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 06/15/14   Current Projected Date of Final Report (TFR): 06/15/14

/s/   Frances Gecker

_____   Date: _____

FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-15615 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | TENBRINK, JOHN R. | | Bank Name: | Bank of New York Mellon |
| | TENBRINK, BRADY B. | | Account Number / CD #: | *******7435 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0324 | | | |
| For Period Ending: | 08/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/13 | 19 | TREASURE HUNT, INC.<br>1234 N. ROSELLE RD.<br>SCHAUMBURG, IL 60195 | | 1129-000 | 4,400.00 | | 4,400.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,390.00 |
| 10/01/13 | 010000 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | Order dated 7/31/13 | 3991-000 | | 400.00 | 3,990.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,960.00 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,950.00 |
| 02/03/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND PREMIUM<br>BOND NO. 016026455 | 2300-000 | | 5.69 | 3,944.31 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,934.31 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,924.31 |

Page Subtotals     4,400.00     475.69

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.00b

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-15615 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | TENBRINK, JOHN R. | Bank Name: | Bank of New York Mellon |
| | TENBRINK, BRADY B. | Account Number / CD #: | *******7435 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0324 | | |
| For Period Ending: | 08/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,914.31 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,904.31 |

```
                                    COLUMN TOTALS                    4,400.00       495.69       3,904.31
                                    Less:  Bank Transfers/CD's           0.00         0.00
                                    Subtotal                         4,400.00       495.69
                                    Less:  Payments to Debtors                        0.00
                                    Net                              4,400.00       495.69
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7435 | 4,400.00 | 495.69 | 3,904.31 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 4,400.00 | 495.69 | 3,904.31 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: _____/s/ \_\_\_\_\_Frances Gecker_____ Date: 08/13/14
FRANCES GECKER

Page Subtotals            0.00         20.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 13, 2014 |

Case Number: 13-15615  
Debtor Name: TENBRINK, JOHN R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | FRANCES GECKER, CHAPTER 7 TRUSTEE<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $1,100.00 | $0.00 | $1,100.00 |
| 001 3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $1,977.76 | $0.00 | $1,977.76 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $5.69 | $5.69 | $0.00 |
| 000001 070 7100-00 | DOMESTIC LINEN SUPPLY CO., INC.<br>30555 NORTHWESTERN HIGHWAY<br>SUITE 300<br>ATTN M COLTON<br>FARMINGTON HILLS, MICHIGAN 48334 | Unsecured | | $1,446.10 | $0.00 | $1,446.10 |
| 000002 070 7100-00 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $6,872.81 | $0.00 | $6,872.81 |
| 000003 070 7100-00 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $14,835.77 | $0.00 | $14,835.77 |
| 000004 070 7100-00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Unsecured | | $8,367.93 | $0.00 | $8,367.93 |
| | Case Totals: | | | $34,606.06 | $5.69 | $34,600.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15615  
Case Name: TENBRINK, JOHN R.  
                TENBRINK, BRADY B.  
Trustee Name: Frances Gecker

Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____  
Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DOMESTIC LINEN SUPPLY CO., INC. | $ | $ | $ |
| 000002 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000003 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE