# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
TENBRINK, JOHN R. § Case No. 13-15615
TENBRINK, BRADY B. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/25/2014 in Courtroom 742,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2014     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
TENBRINK, JOHN R.                   §      Case No. 13-15615
TENBRINK, BRADY B.                  §
                                    §
           Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,400.00 |
| and approved disbursements of | $ | 495.69 |
| leaving a balance on hand of[1] | $ | 3,904.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,100.00 | $ 0.00 | $ 1,100.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 1,963.00 | $ 0.00 | $ 1,963.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 14.76 | $ 0.00 | $ 14.76 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.69 | $ 5.69 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,077.76 |
| Remaining Balance | $ 826.55 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,522.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DOMESTIC LINEN SUPPLY CO., INC. | $ 1,446.10 | $ 0.00 | $ 37.92 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | $ 6,872.81 | $ 0.00 | $ 180.21 |
| 000003 | AMERICAN EXPRESS BANK, FSB | $ 14,835.77 | $ 0.00 | $ 389.01 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ 8,367.93 | $ 0.00 | $ 219.41 |
| | Total to be paid to timely general unsecured creditors | | | $ 826.55 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-15615-CAD
John R. TenBrink                                                    Chapter 7
Brady B. TenBrink
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers            Page 1 of 2           Date Rcvd: Aug 28, 2014
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2014.
```
db/jdb         #+John R. TenBrink,    Brady B. TenBrink,    4309 N. Kenmore Ave.,    Unit 1,    Chicago, IL 60613-1315
20332316       +4309 & 4311 N. Kenmore Condo Assoc,    Attn: Nicole Hemphill,    4309 N. Kenmore, Unit 2,
                 Chicago, IL 60613-1315
20332317       +Advocate Illinois Masonic,    22393 Network Place,    Chicago, IL 60673-1223
20332319       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
20332320        American Express,    Box 0001,    Los Angeles, CA 90096-8000
21394113        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21390292        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20332324       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20332323       +Chase,    P.O. Box 29550,    Phoenix, AZ 85038-9550
20332328       +Chicago Apartment Place,    3654 N. Lincoln Ave.,    Chicago, IL 60613-3536
20332330       +Constant Contact,    2450 Perimeter Park Drive,    Suite 105,    Morrisville, NC 27560-8443
21350391       +Domestic Linen Supply Co., Inc.,    30555 Northwestern Highway Suite 300,    attn M Colton,
                 Farmington Hills, Michigan 48334-3160
20340472       +Family Grounds Cafe Co,    4309 N Kenmore,    Chicago IL 60613-1315
20332331       +Fifth Third Bank,    5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
20332332       +Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
20332333        I.C.S., Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
20332335       +JPMorgan Chase Bank, NA,    3956 N. Sheridan,    Chicago, IL 60613-2935
20332334       +Jayson M. Colton,    30555 Northwestern Hwy.,    Suite 300,    Farmington, MI 48334-3160
20332337       +Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
20332338        Peoples Gas,    Chicago, IL 60687-0001
20332341       +The Bump Media,    11106 Mockingbird Dr.,    Omaha, NE 68137-2331
20332343       +The CKB Firm,    30 N. LaSalle Street,    Suite 1520,    Chicago, IL 60602-3387
21428987        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20332322        E-mail/Text: g17768@att.com Aug 29 2014 00:16:16      AT&T,    P.O. Box 8100,
                 Aurora, IL 60507-8100
20332318       +E-mail/Text: support@amscollections.com Aug 29 2014 00:16:23      Allen Maxwell & Silver,
                 190 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2533
20332336       +E-mail/Text: mmrgbk@miramedrg.com Aug 29 2014 00:17:14      MiraMed Revenue Group,    Dept. 77304,
                 P.O. Box 77000,    Detroit, MI 48277-2000
                                                                                               TOTAL: 3
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20332321*       American Express,    Box 0001,    Los Angeles, CA 90096-8000
20332325*      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20332326*      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20332327*      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20332329*      +Chicago Apartment Place,    3654 N. Lincoln Ave.,    Chicago, IL 60613-3536
20332339*       Peoples Gas,    Chicago, IL 60687-0001
20332340*       Peoples Gas,    Chicago, IL 60687-0001
20332342*      +The Bump Media,    11106 Mockingbird Dr.,    Omaha, NE 68137-2331
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Aug 28, 2014
                              Form ID: pdf006             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2014 at the address(es) listed below:

          Charles E Glanzer    on behalf of Joint Debtor Brady B. TenBrink
           charlie@mychicagobankruptcyattorney.com, glanzerangres@bestclientinc.com
          Charles E Glanzer    on behalf of Debtor John R. TenBrink charlie@mychicagobankruptcyattorney.com,
           glanzerangres@bestclientinc.com
          Frances   Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Maria   Georgopoulos    on behalf of Creditor   Fifth Third Mortgage Company nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                                              TOTAL: 6