UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOHN R. TENBRINK § Case No. 13-15615
BRADY B. TENBRINK §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 4309 & 4311 N. Kenmore Condo Assoc Attn: Nicole Hemphill 4309 N. Kenmore, Unit 2 Chicago, IL 60613 |  |  |  |  |  |
|  | Chase P.O. Box 29550 Phoenix, AZ 85038 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr. Cincinnati, OH 45263 | | | | | |
| | Harris Bank P.O. Box 6201 Carol Stream, IL 60197 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Illinois Masonic 22393 Network Place Chicago, IL 60673 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chicago Apartment Place 3654 N. Lincoln Ave. Chicago, IL 60613 | | | | | |
| | Constant Contact 2450 Perimeter Park Drive Suite 105 Morrisville, NC 27560 | | | | | |
| | MiraMed Revenue Group Dept. 77304 P.O. Box 77000 Detroit, MI 48277 | | | | | |
| | Peoples Gas Chicago, IL 60687-0001 | | | | | |
| | Peoples Gas Chicago, IL 60687-0001 | | | | | |
| | Peoples Gas Chicago, IL 60687-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Bump Media 11106 Mockingbird Dr. Omaha, NE 68137 | | | | | |
| 2 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 1 | DOMESTIC LINEN SUPPLY CO., INC. | | | | | |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 3 | FSB AMERICAN EXPRESS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-15615 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN R. TENBRINK | | | | Date Filed (f) or Converted (c): | 04/15/2013 (f) |
| | BRADY B. TENBRINK | | | | 341(a) Meeting Date: | 06/07/2013 |
| For Period Ending: | 12/10/2014 | | | | Claims Bar Date: | 02/05/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. CONDOMINIUM LOCATED AT 4309 N. KENMORE AVE. UNIT 1 | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH CHASE BANK, ACCOUNT NUMBER * | 562.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH CHASE, ACCOUNT NUMBER ****954 | 0.00 | 0.00 | | 0.00 | FA |
| 4. MONEY MARKET ACCOUNT WITH CHASE, ACCOUNT NUMBER ** | 36.44 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT WITH CHASE, ACCOUNT NUMBER ****03 | 37.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT WITH FIFTH THIRD BANK, ACCOUNT NU | 25.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS ACCOUNT WITH CHICAGO APARTMENT PLACE, $921 | 0.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS INCLUDING TV, LIVING ROOM AND BEDR | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. VARIOUS BOOKS, FAMILY PICTURES, DVDS AND COMPACT D | 200.00 | 0.00 | | 0.00 | FA |
| 10. NECESSARY CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RINGS, VARIOUS COSTUME JEWELRY. | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. CAMERA, SURFBOARD, CAMPING GEAR. | 575.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE INSURANCE WITH AMERICAN GENERAL - NO CAS | 0.00 | 0.00 | | 0.00 | FA |
| 14. TERM LIFE INSURANCE WITH AMERICAN GENERAL - NO CAS | 0.00 | 0.00 | | 0.00 | FA |
| 15. FUND WITH COLLEGE CHOICE ADVISOR | 600.00 | 0.00 | | 0.00 | FA |
| 16. IRA WITH OPPENHEIMER FUNDS RETIREMENT | 28,725.47 | 0.00 | | 0.00 | FA |
| 17. DEBTORS ARE THE SOLE SHAREHOLDERS OF FAMILY GROUND | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2002 FORD ESCAPE WITH 130,000 MILES | 1,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-15615 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN R. TENBRINK | | | | Date Filed (f) or Converted (c): | 04/15/2013 (f) |
| | BRADY B. TENBRINK | | | | 341(a) Meeting Date: | 06/07/2013 |
| For Period Ending: | 12/10/2014 | | | | Claims Bar Date: | 02/05/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. PLEASE SEE ATTACHED DOCUMENT TO SCHEDULE B. | 19,616.50 | 0.00 | | 4,400.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $380,377.41     $0.00     $4,400.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/15/2014     Current Projected Date of Final Report (TFR): 06/15/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-15615 | Trustee Name: Frances Gecker |
| Case Name: JOHN R. TENBRINK<br>BRADY B. TENBRINK | Bank Name: The Bank of New York Mellon<br>Account Number/CD#: XXXXXX7435<br>Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0324 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/13 | 19 | TREASURE HUNT, INC.<br>1234 N. ROSELLE RD.SCHAUMBURG, IL 60195 | | 1129-000 | $4,400.00 | | $4,400.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,390.00 |
| 10/01/13 | 10000 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | Order dated 7/31/13 | 3991-000 | | $400.00 | $3,990.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,980.00 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,970.00 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,960.00 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,950.00 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $5.69 | $3,944.31 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,934.31 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,924.31 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,914.31 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,904.31 |
| 09/30/14 | 10002 | FRANCES GECKER<br>325 N. LaSalle StreetSuite 625Chicago, IL 60654 | Trustee Compensation | 2100-000 | | $1,100.00 | $2,804.31 |
| 09/30/14 | 10003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | $1,977.76 | $826.55 |
| | | FRANKGECKER LLP | | ($1,963.00) | 3110-000 | | |

Page Subtotals: $4,400.00   $3,573.45

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15615 | Trustee Name: | Frances Gecker |
| Case Name: | JOHN R. TENBRINK | Bank Name: | The Bank of New York Mellon |
| | BRADY B. TENBRINK | Account Number/CD#: | XXXXXX7435 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0324 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FRANKGECKER LLP | ($14.76) | 3120-000 | | | |
| 09/30/14 | 10004 | DOMESTIC LINEN SUPPLY CO., INC.<br><br>30555 NORTHWESTERN HIGHWAY<br>SUITE 300<br>ATTN M COLTON<br>FARMINGTON HILLS, MICHIGAN 48334 | Claim 000001, Payment 2.62223% | 7100-000 | | $37.92 | $788.63 |
| 09/30/14 | 10005 | AMERICAN EXPRESS CENTURION BANK<br><br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000002, Payment 2.62207% | 7100-000 | | $180.21 | $608.42 |
| 09/30/14 | 10006 | AMERICAN EXPRESS BANK, FSB<br><br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000003, Payment 2.62211% | 7100-000 | | $389.01 | $219.41 |
| 09/30/14 | 10007 | ECAST SETTLEMENT CORPORATION, ASSIG<br><br>OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Claim 000004, Payment 2.62203% | 7100-000 | | $219.41 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $4,400.00 | $4,400.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,400.00 | $4,400.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,400.00 | $4,400.00 |

Page Subtotals:   $0.00   $826.55

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7435 - Checking Account (Non-Interest Earn | $4,400.00 | $4,400.00 | $0.00 |
|  | $4,400.00 | $4,400.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,400.00 |
| Total Gross Receipts: | $4,400.00 |